■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAWSON SHARPE, Appellant. [911 NYS2d 909]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 15, 1990 (*People v Sharpe*, 166 AD2d 620 [1990]), reversing a judgment of the Supreme Court, Queens County, rendered October 30, 1986, and affirming two judgments of the same court rendered July 24, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.